James D. Hilton
DIN: 16A4943
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821-0051



Great Meadow ☆ Correctional Facility

NEOPOST
02/14/2023
US POSTAGE $011.64
ZIP 12821
041M11283103





U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

FEB 1 6 2023

RECEIVED

U.S. District Court
Northern District of New York
James Hanley Federal Bldg. U.S. Cthse.,
100 S. Clinton St.
P.O. Box 7367
Syracuse, New York 13261-7367

EGAL MAIL