**Federal Rules of Appellate Procedure Form 1.**
**Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court.**

United States District Court for the
Northern District of New York
-----------------------------------------------------------

James D. Hilton

                Plaintiff(s),                    Notice of Appeal

  v.                                                   Case number: 23-CV-209

Justin Mahan, et al.,

                Defendant(s).
-----------------------------------------------------------

Notice is hereby given that James D. Hilton, the Plaintiff(s) in the above-named case*, hereby appeal(s) to the United States Court of Appeals for the Second Circuit from the final Judgment entered in this action on the 14 day of November, 2025.

                                                    /s/

                                                    Name: Seth H. Agata
                                                    Attorney for James Hilton
                                                    Address: 111 Fulton St - 602
                                                                  New York, NY 10038

[***Note to inmate filers***: *If you are an inmate confined in an institution and you seek the timing benefit of Fed.R.App.P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants.